UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILIAN ARNALDO CHACON-
HERNANDEZ,

               Petitioner,

v.

KEVIN RAYCRAFT et al.,

               Respondents.

_____/

Case No. 1:26-cv-1278

Honorable Jane M. Beckering

## <u>ORDER</u>

This is a habeas corpus action brought by counsel on behalf of an individual previously detained by the United States Immigration and Customs Enforcement (ICE). In an Opinion and Judgment entered on May 4, 2026, the Court conditionally granted Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, ordering Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) or, in the alternative, immediately release Petitioner from custody (Op. & J., ECF Nos. 7, 8.) On May 12, 2026, Respondents filed a status report indicating that a hearing had been held on May 8, 2026, and that the Immigration Judge denied Petitioner's request for custody redetermination because Petitioner indicated to the Immigration Court that he was not ready and withdrew his request. (Status Report, ECF No. 9; May 8, 2026, Immigration Judge Order, ECF No. 9-1.)

On June 3, 2026, Petitioner filed a motion to enforce judgment and for immediate release (or, alternatively, for prompt compliance with prior order). (ECF No. 10.) However, on June 17, 2026, Petitioner filed a motion to withdraw the motion to enforce. (ECF No. 11.) Thereafter, Respondents filed a second status report, indicating that the Immigration Judge granted Petitioner's

request for a custody redetermination on June 18, 2026, and ordered Petitioner released on a $10,000 bond. (2d Status Report, ECF No. 12; Jun. 18, 2026, Immigration Judge Order, ECF No. 12-2).

Accordingly, for the reasons sent forth in Petitioner's motions and Respondents second status report, Petitioner's motion to enforce judgment and for immediate release (or, alternatively, for prompt compliance with prior order) (ECF No. 10) is **DISMISSED** as withdrawn and Petitioner's motion to withdraw the motion to enforce (ECF No. 11) is **GRANTED.**

**IT IS SO ORDERED**.

Dated:      July 17, 2026                              /s/ Jane M. Beckering
                                                       Jane M. Beckering
                                                       United States District Judge